Marie Louise Grassle et al., Appellees, v. Elmer
Knowles, Appellant.
Ben A. Smith, Appellee, v. Elmer Knowles, Appellant.

Gen. No. 9,677.

opinion filed December 22, 1942. C. George Dimas, for appellant;
Ray F. Faulkner and Matthew W. Stefanich, for appellees. Opinion
by JUSTICE WOLFE. ''Not to be published in full.''